## JOHN L. *v.* COMMISSIONER OF CORRECTION

The petitioner John L.'s petition for certification for appeal from the Appellate Court, 110 Conn. App. 902 (AC 28097), is denied.

*Mary Boehlert*, special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided November 24, 2008